1  Mara E. Rosales (SBN: 104844)
   mrosales@meyersnave.com
2  Joseph M. Quinn (SBN: 171898)
   jquinn@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market Street, Suite 2600
4  San Francisco, California 94105
   Telephone: (415) 421-3711
5  Facsimile: (415) 421-3767

6  Attorneys for Defendants
   CITY OF OAKLAND and
7  PORT OF OAKLAND

8  David L. Alexander, Port Attorney (SBN: 59069)
   dalexander@portoakland.com
9  Danny Wei Wan, Deputy Port Attorney (SBN: 168323)
10 dwan@portoakland.com
   PORT OF OAKLAND
11 530 Water Street
   Oakland, California 94607
12 Telephone: (510) 627-1136
   Facsimile: (510) 444-2096
13
   Attorneys for Defendant
14 PORT OF OAKLAND

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17

18 | AMERICAN CIVIL RIGHTS FOUNDATION, a non-profit, public benefit corporation, | CASE NO. CV 07 6058 (JCS) |
19 | | **NOTICE OF MOTION AND MOTION TO DISMISS (FRCP 12(b)(6))** |
20 | Plaintiff, | |
   | | Date:       January 18, 2008 |
21 | v. | Time:       9:30 A.M. |
   | | Courtroom:  A |
22 | CITY OF OAKLAND, CALIFORNIA, a political subdivision of the State of California | Judge:       Hon. Joseph C. Spero |
23 | and the PORT OF OAKLAND, a public entity, | |
24 | | |
   | Defendants. | |
25

26

27

28

---

Notice of Motion and Motion to Dismiss (FRCP 12(b)(6))
Case No. CV 07 6058-(JCS)

1  TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on January 18, 2008 at 9:30 a.m. or as soon thereafter as the
3  matter may be heard in the above-entitled court, located at the 450 Golden Gate Avenue, 16th
4  Floor, San Francisco, California 94102, Defendants CITY OF OAKLAND and PORT OF
5  OAKLAND will move the court to dismiss the action pursuant to FRCP 12(b)(6) because
6  Plaintiff's complaint fails to state a claim upon which relief can be granted, on the following
7  grounds that:

8  (1)  ACRF's claim against the City fails because the City has no responsibility over
9       or for the ACDBE Program that is the subject of ACRF's facial challenge;
10 (2)  in that there is no "injury in fact" to the members of Plaintiff ACRF, ACRF
11      cannot assume associational standing on their behalf;
12 (3)  the objected-to race conscious provisions of the program at issue are not ripe for
13      adjudication;
14 (4)  there is no threat of imminent harm to Plaintiff ACRF or its membership so that
15      injunctive and declaratory relief is inappropriate;
16 (5)  Plaintiff's Complaint is stale, for failure to file timely; and
17 (6)  Plaintiff's State law claims are preempted.

18 For all of these reasons, Defendants maintain that Plaintiff fails to state a claim upon which
19 relief can be granted, so that the court should dismiss this lawsuit.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1

Notice of Motion and Motion to Dismiss (FRCP 12(b)(6))
Case No. CV 07 6058 (JCS)

The Motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers field herein.

DATED: December 7, 2007

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /S/
Mara E. Rosales
Attorneys for Defendants CITY OF OAKLAND and PORT OF OAKLAND

1035849