Mara E. Rosales (SBN: 104844)
mrosales@meyersnave.com
Joseph M. Quinn (SBN: 171898)
jquinn@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2600
San Francisco, CA 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Attorneys for Defendants
CITY OF OAKLAND and
PORT OF OAKLAND

David L. Alexander, Port Attorney (SBN: 59069)
dalexand@portoakland.com
Danny Wei Wan, Deputy Port Attorney (SBN: 168323)
dwan@portoakland.com
PORT OF OAKLAND
530 Water Street
Oakland, CA 94607
Telephone: (510) 627-1136
Facsimile: (510) 444-2096

Attorneys for Defendant
PORT OF OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL RIGHTS FOUNDATION, a non-profit, public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA, a political subdivision of the State of California, and the PORT OF OAKLAND, a public entity,<br><br>Defendants. | CASE NO. CV 07-6058 (JCS)<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (FRCP 12(b)(6))**<br><br>Date: January 18, 2008<br>Time: 9:30 A.M.<br>Courtroom: A<br>Judge: Hon. Joseph C. Spero |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants respectfully requests the Court, pursuant to Federal Rules of Evidence Rule 201, take judicial notice of the following documents attached hereto:

Exhibit 1: Ordaining Clause of the Charter of the City of Oakland

Exhibit 2: Articles VI and VII of the Charter of the City of Oakland

Exhibit 3: Port of Oakland, Budget Summary FY 2005-2006

Exhibit 4: Port of Oakland, Budget Summary FY 2006-2007

Exhibit 5: Port of Oakland, Budget Summary FY 2007-2008

Exhibit 6: City of Oakland, Budget-in-Brief FY 2005-2007

Exhibit 7: City of Oakland, Adopted Policy Budget, 2007-2009

Exhibit 8: Airport Compliance Requirements, USDOT/FAA Order 5190.6A

Exhibit 9: Department of Transportation, Sample Airport Concession DBE Program

Exhibit 10: Participation by Disadvantaged Business Enterprises in Airport Concessions, 49 C.F.R. Part 23.

Exhibit 11: Participation by Disadvantaged Business Enterprises in Department of Transportation Financial Assistance Programs, C.F.R. Part 26 (relevant portions)

Exhibit 12: Grant Agreement, Date of Offer July 21, 2005; Project No. 03-06-0170-37, including Grant Assurances

Exhibit 13: Grant Agreement, Date of Offer September 6, 2005; Project No. 03-06-0170-39, including Grant Assurances

Exhibit 14: Grant Agreement, Date of Offer August 1, 2006; Project No. 03-06-0170-40, including Grant Assurances

Exhibit 15: Board of Port Commissioners, City of Oakland; Resolution No. 05253 Resolution Approving and Adopting the Port's New Airport Concession Disadvantaged Business Enterprise (ACDBE) Program and ACDBE Goal and Methodology Report

<u>Exhibit 16</u>: Letter from the FAA dated March 24, 2006

Judicial notice may be taken of "adjudicated facts" and other facts not subject to reasonable dispute and either "generally known" in the community or "capable of accurate and ready determination by reference to sources whose accuracy cannot reasonably be questioned" (FRE Rule 201(b).) The above-referenced items are public records of public governmental bodies and thus are proper subjects for judicial notice.

Dated: December 7, 2007

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /S/_____
Mara E. Rosales
Attorneys for Defendants
CITY OF OAKLAND and
PORT OF OAKLAND

1035974_1

2

Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss (FRCP 12(b)(6))
Case No. CV 07 6058 (JCS)