1  Mara E. Rosales (SBN: 104844)
   mrosales@meyersnave.com
2  Joseph M. Quinn (SBN: 171898)
   jquinn@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market Street, Suite 2600
4  San Francisco, CA 94105
   Telephone: (415) 421-3711
5  Facsimile: (415) 421-3767

6  Attorneys for Defendants
   CITY OF OAKLAND and
7  PORT OF OAKLAND

8  David L. Alexander, Port Attorney (SBN: 59069)
   dalexand@portoakland.com
9  Danny Wei Wan, Deputy Port Attorney (SBN: 168323)
   dwan@portoakland.com
10 PORT OF OAKLAND
   530 Water Street
11 Oakland, CA 94607
   Telephone: (510) 627-1136
12 Facsimile: (510) 444-2096

13 Attorneys for Defendant
   PORT OF OAKLAND
14

15                UNITED STATES DISTRICT COURT
16                NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| AMERICAN CIVIL RIGHTS FOUNDATION, a non-profit, public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA, a political subdivision of the State of California, and the PORT OF OAKLAND, a public entity,<br><br>Defendants. | CASE NO. CV 07-6058 (JCS)<br><br>**DEFENDANTS' NOTICE OF MANUAL FILING OF EXHIBITS 1 THROUGH 16 TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (FRCP 12(b)(6))**<br><br>Date:        January 18, 2008<br>Time:        9:30 A.M.<br>Courtroom:   A<br>Judge:       Hon. Joseph C. Spero |

1036858.1
Defendants' Notice of Manual Filing
Case No. CV 07-6058 (JCS)

<u>**MANUAL FILING NOTIFICATION**</u>

<u>Regarding Exhibits 1 through 16 to Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss (FRCP 12 (b)(6)).</u>

<u>Exhibit 1</u>: Ordaining Clause of the Charter of the City of Oakland

<u>Exhibit 2</u>: Articles VI and VII of the Charter of the City of Oakland

<u>Exhibit 3</u>: Port of Oakland, Budget Summary FY 2005-2006

<u>Exhibit 4</u>: Port of Oakland, Budget Summary FY 2006-2007

<u>Exhibit 5</u>: Port of Oakland, Budget Summary FY 2007-2008

<u>Exhibit 6</u>: City of Oakland, Budget-in-Brief FY 2005-2007

<u>Exhibit 7</u>: City of Oakland, Adopted Policy Budget, 2007-2009

<u>Exhibit 8</u>: Airport Compliance Requirements, USDOT/FAA Order 5190.6A

<u>Exhibit 9</u>: Department of Transportation, Sample Airport Concession DBE Program

<u>Exhibit 10</u>: Participation by Disadvantaged Business Enterprises in Airport Concessions, 49 C.F.R. Part 23.

<u>Exhibit 11</u>: Participation by Disadvantaged Business Enterprises in Department of Transportation Financial Assistance Programs, C.F.R. Part 26 (relevant portions)

<u>Exhibit 12</u>: Grant Agreement, Date of Offer July 21, 2005; Project No. 03-06-0170-37, including Grant Assurances

<u>Exhibit 13</u>: Grant Agreement, Date of Offer September 6, 2005; Project No. 03-06-0170-39, including Grant Assurances

<u>Exhibit 14</u>: Grant Agreement, Date of Offer August 1, 2006; Project No. 03-06-0170-40, including Grant Assurances

<u>Exhibit 15</u>: Board of Port Commissioners, City of Oakland; Resolution No. 05253 Resolution Approving and Adopting the Port's New Airport Concession Disadvantaged Business Enterprise (ACDBE) Program and ACDBE Goal and Methodology Report

<u>Exhibit 16</u>: Letter from the FAA dated March 24, 2006

1

(Volumes 1 through 4)

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

**Voluminous Document (PDF file size larger than e-filing system allowances).**

Dated: December 7, 2007         Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON


By: /S/_____
Mara E. Rosales
Attorneys for Defendants
CITY OF OAKLAND and
PORT OF OAKLAND

1036858_1