1  Mara E. Rosales (SBN: 104844)
   mrosales@meyersnave.com
2  Joseph M. Quinn (SBN: 171898)
   jquinn@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market Street, Suite 2600
4  San Francisco, CA 94105
   Telephone: (415) 421-3711
5  Facsimile: (415) 421-3767

6  Attorneys for Defendants
   CITY OF OAKLAND and
7  PORT OF OAKLAND

8  David L. Alexander, Port Attorney (SBN: 59069)
   dalexand@portoakland.com
9  Danny Wei Wan, Deputy Port Attorney (SBN: 168323)
   dwan@portoakland.com
10 PORT OF OAKLAND
   530 Water Street
11 Oakland, CA 94607
   Telephone: (510) 627-1136
12 Facsimile: (510) 444-2096

13 Attorneys for Defendant
   PORT OF OAKLAND

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| AMERICAN CIVIL RIGHTS FOUNDATION, a non-profit, public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA, a political subdivision of the State of California, and the PORT OF OAKLAND, a public entity,<br><br>Defendants. | CASE NO. CV 07-6058 (JCS)<br><br>**DECLARATION OF DANNY WAN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (FRCP 12(b)(6))**<br><br>Date:        January 18, 2008<br>Time:       9:30 A.M.<br>Courtroom: A<br>Judge:      Hon. Joseph C. Spero |

Declaration of Danny Wan in Support of Request for Judicial Notice
In Support of Defendants' Motion to Dismiss (FRCP 12(b)(6))
Case No. CV 07-6058 (JCS)

I, DANNY WAN, declare as follows:

1. I am employed as the Deputy Port Attorney for the Port of Oakland ("Port"). I have been employed with the Port in this capacity since January, 2005. As the Port's Deputy Attorney, my responsibility is to provide legal advice to the Board of Port Commissioner, including advice regarding the Port's disadvantaged business enterprise program and the related financial disclosure obligations owed to Port bond investors. If called to testify, I could competently testify as to the facts within this Declaration, based on my personal knowledge.

2. I have read the Defendant's Request for Judicial Notice in Support of Motion to Dismiss the Complaint including the exhibits attached thereto, and I am familiar with those exhibits.

3. Attached to that Request for Judicial Notice is a true and correct copy of Port of Oakland, Budget-Summary, FY 2005-2006.

4. Attached to that Request for Judicial Notice is a true and correct copy of Port of Oakland, Budget-Summary, FY 2006-2007.

5. Attached to that Request for Judicial Notice is a true and correct copy of Port of Oakland, Budget-Summary, FY 2007-2008.

6. Those attached budget summaries are true and correct copies of the Port's budget summaries that are prepared and kept in the normal course of business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate. Executed on December __, 2007, at Oakland, California.

DANNY WAN

1

Declaration of Danny Wan in Support of Request for Judicial Notice
1036516