Mara E. Rosales (SBN: 104844)
mrosales@meyersnave.com
Joseph M. Quinn (SBN: 171898)
jquinn@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Attorneys for Defendants CITY OF OAKLAND
and PORT OF OAKLAND

David L. Alexander, Port Attorney (SBN: 59069)
dalexand@portoakland.com
Danny Wei Wan, Deputy Port Attorney (SBN: 168323)
dwan@portoakland.com
PORT OF OAKLAND
530 Water Street
Oakland, California 94607
Telephone: (510) 627-1136
Facsimile: (510) 444-2096

Attorneys for Defendant
the PORT OF OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL RIGHTS FOUNDATION, a non-profit, public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA, a political subdivision of the State of California and the PORT OF OAKLAND, a public entity,<br><br>Defendants. | CASE NO. CV 07-6065 (JCS)<br><br>**DECLARATION OF SARAH SCHLENK IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (FRCP 12(b)(6))**<br><br>Date: January 18, 2007<br>Time: 9:30 a.m.<br>Dept: Department A<br>Judge: Hon. Joseph C. Spero |

Declaration of Sarah Schlenk in Support of RJN in Support of Defs.' Motion to Dismiss (FRCP 12(b)(6))
[CV 07 6065 (JCS)]

I, Sarah Schlenk declare as follows:

1. I am employed as the Budget Director for the City of Oakland ("City"). I have been employed with the City in this capacity since October 22, 2007. As the City's Budget Director, my responsibilities include producing budget books (Policy, CIP, ORA, Budget-In-Brief) and Master Fee Schedule for publications. If called to testify, I could competently testify as to the facts within this Declaration, based on my personal knowledge.

2. Attached hereto as Exhibit 6 is a true and correct copy of City of Oakland, Budget-in-Brief FY 2005-2007.

3. Attached hereto as Exhibit 7 is a true and correct copy of City of Oakland, Adopted Policy Budget, 2007-2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate. Executed on December 7, 2007.

DATED: December 7, 2007

*Sarah Schlenk*
Sarah Schlenk

1036655.1