UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL RIGHTS FOUNDATION,<br>a non-profit, public benefit corporation,<br><br>             Plaintiff(s),<br><br>   v.<br>CITY OF OAKLAND, CALIFORNIA, a political subdivision of the State of California, and the PORT OF OAKLAND, a public entity<br>             Defendant(s).<br>_____/ | No. C V07-6058-JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Dec. 10, 2007                  Signature /s/ Shaun L. Browne

                                                                                                                                                                                             Counsel for Plaintiff<br>                                                                                     (Plaintiff, Defendant, or indicate "pro se")