IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL RIGHTS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND,<br><br>    Defendant.<br>_____/ | No. C 07-06058 CRB<br><br>**Clerk's Notice** |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, March 7, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 14, 2007                              FOR THE COURT,

                                                                              Richard W. Wieking, Clerk

                                                                              By: _____
                                                                                    Barbara Espinoza
                                                                                    Courtroom Deputy