SHARON L. BROWNE, No. 119246
slb@pacificlegal.org
RALPH W. KASARDA, No. 205286 (Admission Pending)
rwk@pacificlegal.org
JOSHUA P. THOMPSON, No. 250955 (Admission Pending)
jpt@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL RIGHTS FOUNDATION, a non-profit, public benefit corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OAKLAND, CALIFORNIA, a political subdivision of the State of California, and the PORT OF OAKLAND, a public entity,<br><br>　　　　　　Defendants. | No. CV 07-06058 CRB<br><br>**PLAINTIFF'S NOTICE OF MOTION, MOTION TO REMAND, AND REQUEST FOR ATTORNEYS' FEES (28 U.S.C. § 1447(c))**<br><br>Date:　January 25, 2008<br>Time:　10:00 a.m.<br>Place:　Courtroom 8, 19th Floor<br>Judge:　The Hon. Charles R. Breyer |

1  TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on January 25, 2008, at 10:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, located at 450 Golden Gate Avenue, 19th Floor, Courtroom 8, San Francisco, California 94102, before the Honorable Charles R. Breyer, Plaintiff AMERICAN CIVIL RIGHTS FOUNDATION will move this Court, pursuant to 28 U.S.C. § 1447(c), to remand this matter to the Superior Court of California, County of Alameda, where this matter was originally filed, on the following grounds:

1. Defendants City of Oakland and Port of Oakland failed to remove this action within the time permitted by 28 U.S.C. § 1446(b);

2. Plaintiff American Civil Rights Foundation has not stated a cause of action granting this Court subject matter jurisdiction; and

3. Plaintiff American Civil Rights Foundation only has standing based on California state law principles, thus Plaintiff does not have Article III standing.

For all of these reasons, Plaintiff maintains that this matter be remanded to the Superior Court of California, County of Alameda, and award Plaintiff its costs and attorneys' fees, pursuant to 28 U.S.C. § 1447(c), incurred in opposing this improper removal.

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

Pltf's Notice of Mtn, Mtn to Remand, &
Req for Attys' Fees - No. CV 07-06058 CRB       - 1 -

1   This Motion will be based on this Plaintiff's Notice of Motion, Motion to Remand, and
2   Request for Attorneys' Fees; the Memorandum of Points and Authorities in Support of Plaintiff's
3   Motion to Remand and Request for Attorneys' Fees; the Declarations of Sharon L. Browne and
4   Joshua P. Thompson in Support of Plaintiff's Motion to Remand and Request for Attorneys' Fees
5   filed herewith; the pleadings and papers filed herewith, arguments of counsel, the record in this
6   matter, and such other evidence as may be adduced at the hearing.

7   DATED: December 14, 2007.

   Respectfully submitted,

   SHARON L. BROWNE
   RALPH W. KASARDA
   JOSHUA P. THOMPSON


   By _____/s/ Sharon L. Browne_____
         SHARON L. BROWNE

   Attorneys for Plaintiff

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747