SHARON L. BROWNE, No. 119246
slb@pacificlegal.org
RALPH W. KASARDA, No. 205286 (Admission Pending)
rwk@pacificlegal.org
JOSHUA P. THOMPSON, No. 250955 (Admission Pending)
jpt@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL RIGHTS FOUNDATION, a non-profit, public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA, a political subdivision of the State of California, and the PORT OF OAKLAND, a public entity,<br><br>Defendants. | No. CV 07-06058 CRB<br><br>**DECLARATION OF JOSHUA P. THOMPSON IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR ATTORNEYS' FEES**<br><br>Date:  January 25, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 8, 19th Floor<br>Judge:  The Hon. Charles R. Breyer |

I, Joshua P. Thompson, have personal knowledge of the facts herein and, if called to testify as a witness, I could and would testify competently as follows:

1. My admission to practice before this Court is pending. I am an attorney licensed to practice law in the State of California. I have been employed by Pacific Legal Foundation (PLF), in Sacramento, since August, 2007, and am currently assigned to their Individual Rights practice group.

2. I am one of the attorneys representing Plaintiff American Civil Rights Foundation.

3. I graduated *cum laude* from Michigan State College of Law in May, 2007, and was admitted to the State Bar of California that same year. While in law school I was an Associate Editor of the Michigan State Law Review, and was a member of the Trial Practice Institute.

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

1  4.  During law school I clerked at both the National Association of Criminal Defense Lawyers and the Federalist Society in Washington, D.C.; as well as the Wisconsin State Public Defender in Madison, Wisconsin.

5.  I graduated with distinction from the University of Wisconsin-Madison with a triple major in political science, international relations, and German. In between undergraduate and law school I was a Fulbright Scholar in Germany.

6.  As an attorney on this case, I recorded 71.90 hours in researching and drafting the motion for remand and supporting documents as of December 13, 2007.

7.  This report of time expended on this case has been compiled from documented and detailed time records maintained in the regular course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and if called to do so I can competently testify to all matters stated herein, and this declaration was executed on this 14th of December, 2007, at Sacramento, California.

                /s/ Joshua P. Thompson
                JOSHUA P. THOMPSON

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                /s/ Sharon L. Browne
                SHARON L. BROWNE