1   SHARON L. BROWNE, No. 119246
    slb@pacificlegal.org
2   RALPH W. KASARDA, No. 205286 (Admission Pending)
    rwk@pacificlegal.org
3   JOSHUA P. THOMPSON, No. 250955 (Admission Pending)
    jpt@pacificlegal.org
4   Pacific Legal Foundation
    3900 Lennane Drive, Suite 200
5   Sacramento, California 95834
    Telephone:  (916) 419-7111
6   Facsimile:  (916) 419-7747

7   Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   AMERICAN CIVIL RIGHTS FOUNDATION,          )        No. CV 07-06058 CRB
     a non-profit, public benefit corporation,   )
12                                               )        **CORPORATE**
              Plaintiff,                         )        **DISCLOSURE**
13                                               )        **STATEMENT**
          v.                                     )
14                                               )  Date:   January 25, 2008
     CITY OF OAKLAND, CALIFORNIA, a political    )  Time:   10:00 a.m.
15   subdivision of the State of California, and the PORT  )  Place:  Courtroom 8, 19th Floor
     OF OAKLAND, a public entity,                )  Judge:  The Hon. Charles R. Breyer
16                                               )
              Defendants.                        )
17   _____)

18

19

20

21

22

23

24

25

26

27

28

Corporate Disclosure Statement
No. CV 07-06058 CRB

*(left margin vertical text)* PACIFIC LEGAL FOUNDATION  3900 Lennane Drive, Suite 200  Sacramento, CA  95834  (916) 419-7111 FAX (916) 419-7747

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

1    Pursuant to Federal Rule of Civil Procedure 7.1, which states:

2    A nongovernmental corporate party to an action or proceeding in a district court
     must file two copies of a statement that identifies any parent corporation and any
3    publicly held corporation that owns 10% or more of its stock or states that there is
     no such corporation.
4

5    American Civil Rights Foundation, who is the Plaintiff in this action, makes the following

6    disclosure:

7        1.    Is party a publicly held corporation or other publicly held entity?

8              No.

9        2.    Does party have any parent corporations?

10             No.

11       3.    Is 10% or more of the stock of party owned by a publicly held corporation or other

12             publicly held entity?

13             No.

14       4.    Is there any other publicly held corporation or other publicly held entity that has a

15             direct financial interest in the outcome of the litigation?

16             No.

17       5.    Is party a trade association?

18             No.

19   DATED:  December 14, 2007.

20                                      Respectfully submitted,

21                                      SHARON L. BROWNE
                                        RALPH W. KASARDA
22                                      JOSHUA P. THOMPSON

23

24                                      By _____/s/ Sharon L. Browne_____
25                                             SHARON L. BROWNE

26                                      Attorneys for Plaintiff

27

28

Corporate Disclosure Statement
No. CV 07-06058 CRB              - 1 -