1 | Mara E. Rosales (SBN: 104844)
mrosales@meyersnave.com
2 | Joseph M. Quinn (SBN: 171898)
jquinn@meyersnave.com
3 | MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2600
4 | San Francisco, California  94105
Telephone: (415) 421-3711
5 | Facsimile: (415) 421-3767

6 | Attorneys for Defendants
CITY OF OAKLAND and
7 | PORT OF OAKLAND

8 | David L. Alexander, Port Attorney (SBN: 59069)
dalexand@portoakland.com
9 | Danny Wei Wan, Deputy Port Attorney (SBN: 168323)
dwan@portoakland.com
10 | PORT OF OAKLAND
530 Water Street
11 | Oakland, California 94607
Telephone: (510) 627-1136
12 | Facsimile: (510) 444-2096

13 | Attorneys for Defendant
PORT OF OAKLAND

14 |

**UNITED STATES DISTRICT COURT**

15 |

**NORTHERN DISTRICT OF CALIFORNIA**

16 |

17 | AMERICAN CIVIL RIGHTS
FOUNDATION, a non-profit, public benefit
corporation,

18 |

Plaintiff,

19 |

v.

20 |

CITY OF OAKLAND, CALIFORNIA, a
21 | political subdivision of the State of California
and the PORT OF OAKLAND, a public
22 | entity,

23 | Defendants.

24 |

CASE NO. CV 07-6058 (CRB)

**NOTICE OF HEARING ON
DEFENDANTS' MOTION TO DISMISS
PURSUANT TO FRCP 12(b)(6)**

Date:        January 25, 2008
Time:        10:00 a.m.
Courtroom:   Courtroom 8, 19th Floor
Judge:       Hon. Charles R. Breyer

25 |

26 |

27 |

28 |

Notice of Hearing on Defendants' Motion to Dismiss

1       PLEASE TAKE NOTICE that pursuant to the standing orders of Honorable Charles R.

2 Breyer (Standing Orders, ¶ 2) and the Court's Reassignment Order (Reassignment Order, Dec. 11,

3 2007, Dkt. No. 20) Defendants' Motion to Dismiss pursuant to FRCP 12(b)(6) will be heard on

4 Friday, January 25, 2008 at 10:00 a.m. before Honorable Charles R. Breyer, District Court Judge

5 at the United States District Court for the Northern District of California, 450 Golden Gate

6 Avenue, San Francisco, California, 94102.

7

8 DATED: December 14, 2007         Respectfully submitted,

9                         MEYERS, NAVE, RIBACK, SILVER & WILSON

10

11                         By:    _____ /s/ _____

12                         Mara E. Rosales
                             Attorneys for Defendants CITY OF OAKLAND

13                              and PORT OF OAKLAND

14 1039823v1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Notice of Hearing on Defendants' Motion to Dismiss

**PROOF OF SERVICE**                                    **FRCP RULE 5(b)**

I am employed in the City of San Francisco and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is MEYERS, NAVE, RIBACK, SILVER & WILSON, 575 Market Street, Suite 2600, San Francisco, California 94105.

On December 14, 2007, I served the within:
**NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Sharon L. Brown, Esq.<br>Alan W. Foutz<br>Ralph W. Kasarda, Jr.<br>Pacific Legal Foundation<br>3900 Lennane Drive, Suite 200<br>Sacramento, California 95834 | Attorneys For Plaintiff,<br>American Civil Rights Foundation<br>Telephone: (916) 419-7111<br>Facsimile: (916) 419-7747 |

**X** (By First Class Mail) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U. S. Postal Service in San Francisco on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

**X** (BY ELECTRONIC SERVICE) I caused said document(s) to be sent via electronic means to the email address(es) registered on the courts ECF website for the above-referenced case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at San Francisco, California, on December 14, 2007.

_____
Jamie Benson

1

Proof of Service