1  Mara E. Rosales (SBN: 104844)
   mrosales@meyersnave.com
2  Joseph M. Quinn (SBN: 171898)
   jquinn@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market Street, Suite 2600
4  San Francisco, CA  94105
   Telephone: (415) 421-3711
5  Facsimile: (415) 421-3767

6  Attorneys for Defendants
   CITY OF OAKLAND and
7  PORT OF OAKLAND

8  David L. Alexander, Port Attorney (SBN: 59069)
   dalexand@portoakland.com
9  Danny Wei Wan, Deputy Port Attorney (SBN: 168323)
   dwan@portoakland.com
10 PORT OF OAKLAND
   530 Water Street
11 Oakland, CA 94607
   Telephone: (510) 627-1136
12 Facsimile: (510) 444-2096

13 Attorneys for Defendant
   PORT OF OAKLAND

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL RIGHTS FOUNDATION, a non-profit, public benefit corporation,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA, a political subdivision of the State of California, and the PORT OF OAKLAND, a public entity,<br><br>            Defendants. | CASE NO.  CV 07-6058 (CRB)<br><br>**CERTIFICATE OF SERVICE** |

Certificate of Service                                                                               [CV 07-6058 (CRB)]

**CERTIFICATE OF SERVICE**                                      **FRCP RULE 5(b)**

I am employed in the City of San Francisco and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is MEYERS, NAVE, RIBACK, SILVER & WILSON, 575 Market Street, Suite 2600, San Francisco, California 94105.

On January 11, 2008, I served the within:

- **DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Sharon L. Brown, Esq.<br>Alan W. Foutz<br>Ralph W. Kasarda, Jr.<br>Pacific Legal Foundation<br>3900 Lennane Drive, Suite 200<br>Sacramento, California 95834 | Attorneys For Plaintiff,<br>American Civil Rights Foundation<br>Telephone: (916) 419-7111<br>Facsimile: (916) 419-7747 |

**X**   (By First Class Mail) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U. S. Postal Service in San Francisco on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at San Francisco, California, on January 11, 2008.

                                                  /S/
                                      Vanessa Buffington