**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

January 28, 2008

Alameda County Superior Court
1225 Fallon Street, Room 209
Oakland, CA 94612

RE:  CV 07-06058 CRB    AMERICAN CIVIL RIGHTS-v-CITY OF OAKLAND
         Your Case Number: (RG07334277)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (x)    Certified copies of docket entries

   (x)    Certified copies of Remand Order

   ( )    Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk

                    by:  Maria Loo
                    Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg