FILED
*6193665*

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

FEB 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

General Court Number
ALAMEDA COUNTY

January 28, 2008

FILED
ALAMEDA COUNTY
FEB 13 2008
CLERK OF THE SUPERIOR COURT
By_____ Deputy

Alameda County Superior Court
1225 Fallon Street, Room 209
Oakland, CA 94612

RE: CV 07-06058 CRB   AMERICAN CIVIL RIGHTS-v-CITY OF OAKLAND
    Your Case Number: (RG07334277)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)    Certified copies of docket entries

    (x)    Certified copies of Remand Order

    ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg